UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL MARTINKA,<br><br>Plaintiff,<br><br>-v-<br><br>G/O MEDIA, INC.,<br><br>Defendant. | 26 Civ. 5787 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

Upon consideration of plaintiff's Motion for Entry of Default Judgment (Dkt. 10), Motion for an Extension of Time for Defendant to Respond to the Complaint (Dkt. 11), and Response to Order to Show Cause (Dkt. 12), it is hereby ORDERED that defendant's deadline to respond to the Complaint is extended to October 21, 2026. It is further ORDERED that plaintiff's Motion for Entry of Default Judgment (Dkt. 10) is denied as moot and that the Order to Show Cause (Dkt. 9) is discharged.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: September 25, 2026
New York, New York