USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL MARTINKA,

Plaintiff,

-v-

G/O MEDIA, INC,

Defendant.

**ORDER**

26-CV-5787 (PAE) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Plaintiff filed his First Amended Complaint on November 5, 2026. ECF No. 22. Pursuant to Rule 15(a)(3) of the Federal Rules of Civil Procedure, Defendant's response was due within 14 days after service of the amended pleading. To date, so far as the docket reflects, Defendant has not filed a response. The undersigned *sua sponte* extends the deadline for Defendant to respond to the First Amended Complaint to **November 30, 2026**.

**SO ORDERED.**

Dated: November 20, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge